IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN COHEN and | ) |
| BETTE COHEN, | ) |
| | ) |
| Respondents. | ) |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES**

Petitioner, the United States of America, on behalf of its agency the Internal Revenue Service, petitions the Court for an order enforcing the IRS administrative summonses served on the respondents, John Cohen and Bette Cohen (the summoned persons). In support, the United States avers as follows:

1. Jurisdiction over this matter is conferred upon the Court by 26 U.S.C. §§ 7402(b) and 7604(a) and by 28 U.S.C. §§ 1340 and 1345.

2. John and Bette Cohen reside or may be found within the boundaries of the District of Massachusetts.

3. Laure'l Peil is a Revenue Agent of the Internal Revenue Service, employed in the Small Business/Self Employed Division of the Internal Revenue Service at 4050 Alpha Road MC 5310NDAL Farmer's Branch, TX 75244.  *See* Ex. A.

4. In her capacity as an IRS Revenue Agent, Ms. Peil is authorized to issue IRS summonses pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, and Internal Revenue Service Delegation Order 25-1  *See* Ex. A.

5. Revenue Agent Peil is conducting an examination of the tax liabilities of John Cohen and Bette Cohen for the taxable periods ending December 31, 2007 through December 31, 2011. *See* Ex. A.

6. As part of the above-described examination, on October 15, 2014, Revenue Agent Peil issued, pursuant to 26 U.S.C. § 7602, summonses to John Cohen and Bette Cohen (the "Summonses"), directing them to appear before Revenue Agent Peil on November 18, 2014, at 10:00 a.m. at the Internal Revenue Service, 10 Causeway St., Boston, MA 02222, to testify and produce for examination the records described in the Summonses. *See* Exs. A, B, & C.

7. Revenue Agent Alina Sulkala served attested copies of the Summonses on John Cohen and Bette Cohen on October 20, 2014, by leaving them at their last and usual place of abode, which is located at 118 Huntington Ave, Apt 2101, Boston, MA 02116, pursuant to 26 U.S.C. § 7603(a). *See* Exs. A, B, & C.

8. John and Bette Cohen failed to appear on November 18, 2014. The Cohens' failure to comply with the Summonses continues to this date. *See* Ex. A.

9. On November 18, 2014, the Cohens' attorney, Kenneth Vacovec, faxed a partial, incomplete response to Peil at her Farmers Branch, Texas office. This response included expense substantiation for the Cohens' Schedule C/C-EZ business for the taxable years 2007 through 2011. *See* Ex. A.

10. Other than the records referred to in paragraph 9, the records sought by the Summonses are not in the possession of the Internal Revenue Service. *See* Ex. A.

11. The testimony, books, records, papers, and other data, may be relevant to properly determining the federal tax liabilities under examination, and might shed light on

the correctness of the federal income tax returns filed by or on behalf of John Cohen and Bette Cohen and their correct tax liabilities. *See* Ex. A.

12. This petition seeks to enforce the Summonses only to the extent it requires the production of the records described therein.

13. There is no "Justice Department referral," as that term is described in Section 7602(d)(2) of the Internal Revenue Code, in effect with respect to John Cohen and Bette Cohen for the year under examination. *See* Ex. A

14. All administrative steps required by the Internal Revenue Code for the issuance of the Summonses have been taken. *See* Ex. A.

15. The Declaration of Laure'l Peil, attached hereto as Exhibit A, provides the necessary showing for enforcement of the summons by this Court. *See United States v. Powell*, 379 U.S. 48, 57-58 (1964) (the United States establishes its *prima facie* case for summons enforcement by showing that four "*Powell* factors" have been met: (1) "that the investigation will be conducted pursuant to a legitimate purpose"; (2) "that the inquiry may be relevant to that purpose"; (3) "that the information is not already within the [United States'] possession"; and, (4) "that the administrative steps required by the [Internal Revenue] Code have been followed ....").

WHEREFORE, petitioner, the United States of America, seeks the following relief:

A. That this Court enter an order directing the respondents, John Cohen and Bette Cohen, to show cause in writing, if any, why they should not comply with the Summonses and produce the summoned records;

B. That this Court enter an order directing the respondents, John Cohen and Bette Cohen, to obey the Summonses by producing the summoned records to Revenue Agent Laure'l Peil or any other proper agent or employee of the Internal Revenue Service, at such time and place as may be fixed by Revenue Agent Peil or any other proper agent or employee of the Internal Revenue Service;

C. That the United States recover its costs in this action and,

D. That the Court grant such other and further relief as is just and proper.

Respectfully submitted,

Caroline D. Ciraolo
Principal Deputy Assistant Attorney General

 /s/Robert J. Wille, Jr.
Robert J. Wille, Jr.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-514-5573 (v)
202-514-5238 (f)
Robert.J.Wille@usdoj.gov
IL Bar #6301188